UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CHRISTY WILKERSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1-03-1124 |
| ) | JURY DEMANDED |
| AUTOZONE, INC. ) | |
| ) | |
| ) | |
| Defendants. ) | |

### FINAL ORDER AND SATISFACTION OF JUDGMENT

Pursuant to the Judgment issuing from the Sixth Circuit Court of Appeals, and this Court's prior Order On Jury Verdict, the Court now enters this final judgment and satisfaction of judgment:

The Plaintiff is entitled to receive from Autozone back pay in the amount of $28,000; liquidated damages in the amount of $28,000; front pay in the amount of $20,929.88; Plaintiff's attorneys fees and expenses (including trial and appeal) of $87,047.5; for a total award to Plaintiff and her counsel of $163,977.38. Additionally, Autozone shall reinstate Plaintiff to her former position.

As reflected by the signatures of counsel below, the parties have informed the Court that Autozone has satisfied this entire judgment by making the aforesaid payments and by reinstating the Plaintiff to her position on November 27, 2005. This case is now closed.

IT IS SO ORDERED.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/22/05

*[signature]*

DISTRICT JUDGE TODD

DATE OF ENTRY: 20 December 2005

APPROVED FOR ENTRY:

By: *[signature]*
JUSTIN GILBERT (BPR #017079)
MICHAEL RUSSELL (BPR#20268)
GILBERT & RUSSELL, PLC
2021 Greystone Pk
P.O. Box 11357
Jackson, TN 38308
ATTORNEYS FOR PLAINTIFF

By: *[signature]*
DAVID P. JAQUA (BPR#6340)
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
Crescent Center
Suite 500
6075 Poplar Avenue
Memphis, TN 38119
ATTORNEY FOR DEFENDANT

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 1:03-CV-01124 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Todd P. Photopulos
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable James Todd
US DISTRICT COURT